AO 91 (Rev. 5/85) Criminal Complaint   SA DAVID P. CORA, S/A JOSEPH F. ELLO, U.S. CUSTOMS SERVICE

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

FILED by
MAR 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

JULIO CASTRO GARCIA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4047-SNOW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 2, 2000__ in __Broward__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense) knowingly and willfully assault an officer and/or person assisting an officer of the United States in the performance of official duties,

in violation of Title __18__ United States Code, Section(s) __111__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

Signature of Complainant
JOSEPH FARIELLO
United States Customs Service

Sworn to before me, and subscribed in my presence,

3/3/00                                              at  Fort Lauderdale, Florida
Date                                                    City and State

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE                    Signature of Judicial Officer
Name and Title of Judicial Officer

## AFFIDAVIT

1.    I am a Special Agent with the United States Customs Service (USCS) and have been so employed for the past nine years. I have been employed by the USCS for 20 years. My duties include the investigation of many federal violations. The information contained in this affidavit is based upon my personal knowledge as well as information related to me by other Customs officers and cooperating witnesses. This affidavit summarizes, but does not detail every fact which is known to your affiant regarding this case.

2.    On March 2, 2000, USCS Inspectors and personnel assigned to the National Guard were conducting examinations of cargo containers in the King Ocean Container Yard, located in Port Everglades, Broward County, Florida. The containers had recently been off loaded from the M/V Delphinus, which had arrived from Honduras.

3.    National Guard Sergeant Alain Roque was assisting in the opening of container AMFU 496912-4, when he saw a small group of men inside. The men attempted to get out of the container, but were commanded by Sergeant Roque, speaking in Spanish, to "Stay inside and put your hands up."

4.    Sergeant Roque stepped away from the container and alerted the USCS Inspectors in the area that there were stowaways. One of the males, later identified as Julio Castro GARCIA, charged at Sergeant Roque, wielding a 6" knife. Sergeant Roque backed away and GARCIA charged within approximately three feet before turning away and fleeing the area.

5. Sergeant Roque said he felt threatened by GARCIA's actions.

6. While running, GARCIA encountered USCS Inspector Julian Surita, who was in a USCS rough duty uniform. GARCIA charged, brandishing the knife with his arm extended towards Inspector Surita. GARCIA was ordered by Inspector Surita to stop and drop the knife, but GARCIA kept charging. Inspector GARCIA then pulled his service weapon, pointed it at GARCIA and once again ordered GARCIA to stop and drop the knife. GARCIA, still holding the weapon in his hand, then turned and fled from Inspector Surita.

7. Inspector Surita said he felt threatened by GARCIA's actions.

8. Additional USCS Inspectors and National Guard personnel assisted in chasing GARCIA, who then climbed on top of another cargo container. GARCIA was pursued with the knife still in hand, while still being ordered to stop and drop the knife.

9. GARCIA jumped from the cargo container, over a barbed-wire fence, landing and injuring himself when he landed. The knife fell from his hand upon impact with the ground.

10. USCS Inspectors and National Guard personnel used vehicles to drive around the fence and apprehended GARCIA a short time later. The knife was retrieved.

11. GARCIA had in his possession a Honduran Registration Certificate in the name of Julio Castro GARCIA and a photo identification card in the name of Luis Antonio ESPINOZA. GARCIA also had a United States $50.00 bill, a number of telephone calling cards and some pieces of paper in his wallet.

12. GARCIA was read the Miranda Warning, in Spanish, by United States Immigration Inspector Mojica. GARCIA said he understood his rights and waived his rights.

13. When questioned, GARCIA denied having a knife.

14. Sergeant Roque and Inspector Surita identified GARCIA as the individual who charged at them, wielding the knife.

FURTHER YOUR AFFIANT SAYETH NAUGHT

Joseph Fariello
Special Agent
U.S. Customs Service

Sworn and subscribed to before me
this __3__ day of March 2000.

Lurana S. Snow
Chief United States Magistrate Judge