COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JULIO GARCIA (J)     CASE NO: 00-4047-SNOW
AUSA: DAVID CORA /Pres     ATTY: Tim Day
AGENT: Customs     VIOL: ASSAULT ON FED OFFICER 18:111
PROCEEDING: I/A ON COMPLAINT     RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no     COUNSEL APPOINTED FPD
BOND SET @ 250,000 w/Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Deft advised of charges - sworn for
apptmt of counsel.

Gov't reserves the right to
request PTD should deft
seek to post or reduce
the bond.

(Circle One)
Interpreter Requested ✓
No Interpreter
Not Known
Spanish
(Specify Language)

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                             PTD/BOND HRG:
                             PRELIM/ARRAIGN: 3-13 11 BSS
                             REMOVAL HRG:
                             STATUS CONF:

Date: 3/3/00    Time: 11:00    FTL/LSS TAPE #00- 012    Begin: 3455    End: 150
and 00-013