UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # PC384-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-4047-SNOW
                      ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
                      )
Castro-Garcia, Julio )
        Defendant

FILED by DC
MAR 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3/2/00    6:20 am/pm

(2) Language Spoken: Spanish only (needs interpreter)

(3) Offense(s) Charged: Asslt Federal Officer

(4) U.S. Citizen  [ ] Yes   [✓] No   [ ] Unknown

(5) Date of Birth: 1/12/75

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: Ted Farrell

(10) Agency: US Customs   (11) Phone: 954-356-7255

(12) Comments: _____