UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4047-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIO CASTRO GARCIA,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____
        Martin J. Bidwill
        Assistant Federal Public Defender
        Florida Bar No. 868795
        Attorney for Defendant
        101 N.E. 3rd Avenue, Suite 202
        Fort Lauderdale, Florida 33301
        (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 3rd day of March, 2000, to David Cora, United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Martin J. Bidwill