```
DPC:km              UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                     FORT LAUDERDALE DIVISION

                 CASE NO. 00-6060 CR-FERGUSON
                      18 USC §111
                      8 USC §1325              MAGISTRATE JUDGE
                                                     SNOW
```

UNITED STATES OF AMERICA,   )
               Plaintiff,  )
vs.                         )
                      )
JULIO CASTRO GARCIA,        )
             Defendant.  )
_____ )

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about March 2, 2000, at Broward County, in the Southern District of Florida, the defendant,

JULIO CASTRO GARCIA,

knowingly and willfully and by use of a deadly and dangerous weapon, that is, a knife, did forcibly assault, resist, oppose, impede, intimidate and interfere with Alain Roque, a National Guardsman, while the aforesaid Alain Roque was assisting United



States Customs Inspectors in the performance of their official duties; in violation of Title 18, United States Code, Section 111.

## COUNT II

On or about March 2, 2000, at Broward County, in the Southern District of Florida, the defendant,

JULIO CASTRO GARCIA,

knowingly and willfully and by use of a deadly and dangerous weapon, that is, a knife, did forcibly assault, resist, oppose, impede, intimidate and interfere with Julian Surita, a United States Customs Inspector, while the aforesaid Julian Surita was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111.

## COUNT III

On or about March 2, 2000, at Broward County, in the Southern District of Florida, the defendant,

JULIO CASTRO GARCIA,

an alien, did knowingly, willfully and unlawfully elude examination

or inspection by immigration officers; in violation of Title 8, United States Code, Section 1325.

                                        A TRUE BILL

                                        _____
                                        FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

**JULIO CASTRO GARCIA**            **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:
Court Division: (Select One)      New Defendant(s)        Yes ___   No ___
                                  Number of New Defendants  ___
___ Miami    ___ Key West         Total number of counts    ___
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) ___Yes___
   List language and/or dialect ___Spanish___

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      _X_           Petty      ___
   II   6 to 10 days     ___           Minor      ___
   III  11 to 20 days    ___           Misdem.    ___
   IV   21 to 60 days    ___           Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No) _No_
   If yes:
   Judge:                              Case No.
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?      (Yes or No)    No
   If yes:
   Magistrate Case No.   00-4047-SNOW
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of   3/2/2000
   Defendant(s) in state custody as of
   Rule 20 from the                        District of
   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

                              _____
                              DAVID P. CORA
                              ASSISTANT UNITED STATES ATTORNEY
                              Florida Bar No. 471623

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: __JULIO CASTRO GARCIA__   No.: _____

Count #: I
Assault on officer of the United States, in violation of Title 18, United States Code, Section 111(a) and (b).
*Max Penalty: Ten years' imprisonment; $250,000 fine.

Count #: II
Assault on officer of the United States, in violation of Title 18, United States Code, Section 111(a) and (b).
*Max Penalty: Ten years' imprisonment; $250,000 fine.

Count #: III
Improper entry by alien, in violation of Title 8, United States Code, Section 1325(a).
*Max Penalty: Six months' imprisonment; $5,000 fine.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96