COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Julio Garcia (J) # _____   CASE NO: 00-6060-CR-Ferguson ~~00-4047-Snow~~
AUSA: David Cora /Dn Chase   ATTNY: FPD
AGENT: _____   VIOL: _____
PROCEEDING: Arraignment   BOND REC: _____
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

FILED by _____ D.C.
MAR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ____ Halfway House _____
    ____ Electronic Monitoring _____

A-quarrantined

(Circle One)
Interpreter Requested
No Interpreter
Not Known
_____
(Specify Language)

- matter to be reset
when quarrantine
lifted

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 3-13-00   TIME: 11:00am   TAPE # 00-018   PG # 3
210-215

8