COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JULIO CASTRO GARCIA (J)    CASE NO: 00-6060-CR-FERGUSON
AUSA: DAVID CORA *Rosenthal*    ATTY: MARTIN BIDWILL *pro*
AGENT: _____    VIOL: _____
PROCEEDING ARRAIGNMENT    RECOMMENDED BOND _____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone;  ___ x's a wk/month in person

3) Travel extended to:

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

SPANISH INTERPRETER REQUIRED

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

    PTD/BOND HRG:

    PRELIM/ARRAIGN:

    REMOVAL HRG:

    STATUS CONF:   4-6  11  SNOW

Date: 3/22/00   Time 11:00   FTL/LSS TAPE #00- 016   Begin: 1310   End: 1350

FILED by D.C. MAR 22 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.