UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6060-CR-FERGUSON

UNITED STATES OF AMERICA

vs

JULIO CASTRO GARCIA

ARRAIGNMENT INFORMATION SHEET

FILED by ___ D.C.
MAR 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name: ____FEDERAL PUBLIC DEFENDER_____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __22ND__ day of __MARCH_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
   Deputy Clerk

Tape No.____00-_C/6_____

cc: Copy for Judge
    U. S. Attorney