UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6060-CR-FERGUSON
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIO CASTRO GARCIA,

    Defendant.

_____/



### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the defendant, Julio Castro Garcia, by and through his undersigned attorney, and files his Motion For Continuance, and states as follows:

1. The above-styled matter is set for trial on April 10, 2000, with a calendar call set for Monday, April 3, 2000. This is the first trial setting in this case. The defendant was arraigned on March 22, 2000, and the Government provided the initial discovery response at that time.

2. The defendant is not ready for trial. The defendant was arraigned less than a week ago and the undersigned has had the discovery for a very short time. Because of the chicken pox quarantine at FDC, the undersigned has only had one relatively brief opportunity to meet with the defendant to begin trial preparation. The undersigned needs additional time to complete preparation for trial. A discovery conference is set for April 13, 2000, for the purpose of allowing the undersigned to view additional evidence of the Government.

/15

3.   The undersigned has spoken with AUSA David Cora who has advised that the Government has no objection to the Court granting the motion and continuing the case.

WHEREFORE the defendant prays that the Court grant this motion and continue the trial of this cause for at least six weeks.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 28TH day of March, 2000, to David Cora, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*[signature]*

Martin J. Bidwill