DPC:dpc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 2000-6060-CR-FERGUSON

UNITED STATES OF AMERICA, )
        Plaintiff, )
v. )
 )
JULIO CASTRO GARCIA, )
        Defendant. )
_____ )

**NIGHT BOX FILED**
**APR 3 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States files this First Supplemental Response to the Standing Discovery Order issued in this case. Where appropriate, this response is numbered to correspond to that Order.

A series of translations of documents have been forwarded to defense counsel. These documents are bate stamped 147-150. If any documents are illegible, or not received, please contact the undersigned immediately.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
DAVID P. CORA (FBN: 471623)
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7306x3519
Facsimile: (954) 356-7228

cc: USCS SA Joe Fariello



<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was mailed this April 3, 2000, to: Martin Bidwell, Assistant Federal Public Defender, 101 N.E. 3rd Ave, Ste 202, Ft. Lauderdale, FL 33301.

_____
DAVID P. CORA
ASSISTANT U.S. ATTORNEY