HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JAMES BOOKER, ETAL__    CASE NO: __00-6047-CR-ZLOCH__

AUSA __MICHAEL DITTOE__    ATTY __FPD — Lopez for Wilcox__

    SEAN DIXON: Israel Encinosa, Esq.

    EARNEST ARCHIE: Philip Horowitz, Esq. /pre/

    JOHN GOETZ: Ruben Garcia, Esq. /pre/

    DONNELL BOKS: Harold Keefe, Esq.

*Trial set April 25 — Motions due 4-20*

00-020
1751

DEFT _____    CASE NO: _____

AUSA _____    ATTY _____

[FILED APR 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

DEFT __JULIO CASTRO GARCIA__    CASE NO: __00-6060-CR-FERGUSON__ ✓

AUSA __DAVID CORA / Kay__    ATTY __MARTIN BIDWILL, AFPD  Lopez__

@ 1947

*Disc out — M/Continue pending to be a trial*

DEFT __FITZROY MANDERSON__    CASE NO: __00-6065-CR-DIMITROULEAS__

AUSA __TERRY THOMPSON / Kay__    ATTY __FPD / Lopez for Bidwill__

@ 1984

*Disc out — no pending motions  4-21 set for trial*

DATE __4/6/00__    TIME __11:00__

17