```
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF FLORIDA
          FORT LAUDERDALE DIVISION


          CASE NO. 00-6060-CR-FERGUSON
```

UNITED STATES OF AMERICA,    :

      Plaintiff,    :

v.    :

JULIO CASTRO GARCIA,    :

      Defendant.    :

_____



## STATUS REPORT

A status conference was held in this cause on April 6, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided and there is a pending motion for continuance of the trial.

2. This case is not likely to be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 7th day of April, 2000.

                              LURANA S. SNOW
                    CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA David Cora (FTL)
AFPD Martin Bidwell (FTL)

