DPC:dpc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2000-6060-CR-FERGUSON

UNITED STATES OF AMERICA,     )
         Plaintiff,         )
v.                            )
                            )
JULIO CASTRO GARCIA,          )
         Defendant.         )
_____)

GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE
TO THE STANDING DISCOVERY ORDER

    The United States files this First Supplemental Response to the Standing Discovery Order issued in this case. Where appropriate, this response is numbered to correspond to that Order.

    Testimony of Special Agent Joseph Fariello, 15 pages, and Inspector Mitchell Brown, 6 pages, March 9, 2000, has been forwarded to defense counsel.

                                      Respectfully submitted,

                                      THOMAS E. SCOTT
                                      UNITED STATES ATTORNEY

                      By: _____
                         DAVID P. CORA (FBN: 471623)
                         ASSISTANT UNITED STATES ATTORNEY
                         500 East Broward Blvd, 7th Floor
                         Fort Lauderdale, Florida 33394
                         Telephone: (954) 356-7306x3519
                         Facsimile: (954) 356-7228

cc:USCS SA Joe Fariello



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this May 1, 2000, to: Martin Bidwell, Assistant Federal Public Defender, 101 N.E. 3rd Ave, Ste 202, Ft. Lauderdale, FL 33301.

_____
DAVID P. CORA
ASSISTANT U.S. ATTORNEY