DPC:dpc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6060-CR-FERGUSON

UNITED STATES OF AMERICA,   )
        Plaintiff,   )
v.   )
      )
JULIO CASTRO GARCIA,   )
        Defendant.   )
_____   )

**NIGHT BOX FILED**

MAY -2 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT MOTION FOR CONTINUANCE

The United States files this Motion for Continuance, and as grounds states as follows:

This case is set for trial during the two week period commencing May 8, 2000. The case involves two counts of assault with a deadly weapon, in violation of Title 18, United States Code, Section 111, and a count of illegal entry, in violation of Title 8, United States Code, Section 1325. This case will take two to three days to try.

Undersigned, the Assistant United States Attorney responsible for the case, will be on annual leave on Monday, May 8, and has a doctor's appointment on Tuesday, May 9. Therefore, for the purpose of continuity of government counsel, undersigned requests that no hearings be set on these two days. Counsel for the defense has no objection to this request.



Therefore, undersigned requests that no hearing be scheduled on May 8 or 9, 2000.

                      Respectfully submitted,

                      THOMAS E. SCOTT
                      UNITED STATES ATTORNEY

By: _____
     DAVID P. CORA (FBN: 471623)
     ASSISTANT UNITED STATES ATTORNEY
     500 East Broward Blvd, 7th Floor
     Fort Lauderdale, Florida 33394
     Telephone: (954) 356-7306x3519
     Facsimile: (954) 356-7228

cc:USCS SA Joe Fariello

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this May 2, 2000, to: Martin Bidwell, Assistant Federal Public Defender, 101 N.E. 3rd Ave, Ste 202, Ft. Lauderdale, FL 33301.

                    _____
                    DAVID P. CORA
                    ASSISTANT U.S. ATTORNEY