DPC:dpc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2000-6060-CR-FERGUSON

UNITED STATES OF AMERICA, )
       Plaintiff, )
v. )
 )
JULIO CASTRO GARCIA, )
       Defendant. )
_____)

GOVERNMENT'S THIRD SUPPLEMENTAL RESPONSE
TO THE STANDING DISCOVERY ORDER

    The United States files this Third Supplemental Response to the Standing Discovery Order issued in this case.

    A diagram of the configuration of containers aboard the Delhinus has been forwarded to defense counsel.

    A computer generated diagram of subjects' movement in the yard, authored by Surita, has been forwarded to defense counsel.

    On May 5, 2000, Marrero stated that the first time he saw defendant, defendant was on top of a container.

    On May 2, 2000, Surita stated that defendant was 5-10, slender.



The attachements to this discovery response are numbered 151-152. If counsel does not receive any of these items, please contact the undersigned immediately.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
DAVID P. CORA (FBN: 471623)
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7306x3519
Facsimile: (954) 356-7228

cc:USCS SA Joe Fariello

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this May 5, 2000, to: Martin Bidwell, Assistant Federal Public Defender, 101 N.E. 3rd Ave, Ste 202, Ft. Lauderdale, FL 33301.

_____
DAVID P. CORA
ASSISTANT U.S. ATTORNEY