DPC:dpc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6060-CR-FERGUSON

UNITED STATES OF AMERICA,         )
        Plaintiff,        )
v.                                )
                              )
JULIO CASTRO GARCIA,              )
        Defendant.        )
_____)



## GOVERNMENT SECOND MOTION FOR CONTINUANCE

The United States files this Second Motion for Continuance, and as grounds states as follows:

This case is set for trial during the two week period commencing May 8, 2000. The case involves two counts of assault with a deadly weapon, in violation of Title 18, United States Code, Section 111, and a count of illegal entry, in violation of Title 8, United States Code, Section 1325. Speedy trial is presently tolled. Ten days have elapsed under speedy trial. This case will take two to three days to try.

An essential witness, Florida National Guardsman Alain Roque, in on military exercises in north Florida. The exercises are scheduled to last until May 13, 2000. Undersigned has attempted to contact counsel for defendant to determine his position, but was informed that defense counsel was on leave until Monday. Therefore, undersigned is unable to communicate his position, but will contact defense counsel on Monday, and communicate his





position to the Court's courtroom deputy by telephone.

Therefore, undersigned requests that no hearing be scheduled from May 8 through May 14, 2000.

>Respectfully submitted,
>
>THOMAS E. SCOTT
>UNITED STATES ATTORNEY
>
>By: _____
>DAVID P. CORA (FBN: 471623)
>ASSISTANT UNITED STATES ATTORNEY
>500 East Broward Blvd, 7th Floor
>Fort Lauderdale, Florida 33394
>Telephone: (954) 356-7306x3519
>Facsimile: (954) 356-7228

cc:USCS SA Joe Fariello

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this May 5, 2000, to: Martin Bidwell, Assistant Federal Public Defender, 101 N.E. 3rd Ave, Ste 202, Ft. Lauderdale, FL 33301.

_____
DAVID P. CORA
ASSISTANT U.S. ATTORNEY