DPC:dpc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2000-6060-CR-FERGUSON

UNITED STATES OF AMERICA,    )
        Plaintiff,    )
v.                           )
                           )
JULIO CASTRO GARCIA,         )
        Defendant.    )
_____)

GOVERNMENT'S FOURTH SUPPLEMENTAL RESPONSE
TO THE STANDING DISCOVERY ORDER

    The United States files this Fourth Supplemental Response to the Standing Discovery Order issued in this case.

    On May 10, 2000, Florida National Guard Sergeant Stanford stated, among other things, that defendant threw the knife over the fence before he boosted a Customs Inspector up to the top of the container. Stanford also stated that he assumed that defendant threw the knife after being told to to put down the knife.

                          Respectfully submitted,

                          THOMAS E. SCOTT
                          UNITED STATES ATTORNEY

             By: _____
                DAVID P. CORA (FBN: 471623)
                ASSISTANT UNITED STATES ATTORNEY
                500 East Broward Blvd, 7th Floor
                Fort Lauderdale, Florida 33394
                Telephone: (954) 356-7306x3519
                Facsimile: (954) 356-7228

cc:USCS SA Joe Fariello

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this May 10, 2000, to: Martin Bidwell, Assistant Federal Public Defender, 101 N.E. 3rd Ave, Ste 202, Ft. Lauderdale, FL 33301.

DAVID P. CORA
ASSISTANT U.S. ATTORNEY