DPC:dpc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6060-CR-FERGUSON

UNITED STATES OF AMERICA,    )
          Plaintiff,    )
v.    )
   )
JULIO CASTRO GARCIA,    )
          Defendant.    )
_____)

### GOVERNMENT THIRD MOTION FOR CONTINUANCE

The United States files this Third Motion for Continuance, and as grounds states as follows:

This case is set for trial during the two week period commencing May 8, 2000. The case involves two counts of assault with a deadly weapon, in violation of Title 18, United States Code, Section 111, and a count of illegal entry, in violation of Title 8, United States Code, Section 1325. Speedy trial is presently tolled. Ten days have elapsed under speedy trial. This case will take two to three days to try.

An important witness, Florida National Guard Sergeant First Class James P. Stanford, in on military training in Camp Robinson, Little Rock, Arkansas, from May 14 through May 26. Defense counsel has no objection to this motion.



Therefore, undersigned requests that no hearing be scheduled from May 14 through May 26, 2000.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
DAVID P. CORA (FBN: 471623)
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7306x3519
Facsimile: (954) 356-7228

cc:USCS SA Joe Fariello

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this May 10, 2000, to: Martin Bidwell, Assistant Federal Public Defender, 101 N.E. 3rd Ave, Ste 202, Ft. Lauderdale, FL 33301.

_____
DAVID P. CORA
ASSISTANT U.S. ATTORNEY

2