DPC hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6060-CR-FERGUSON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) |
| | ) |
| JULIO CASTRO GARCIA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Kathleen M. Rice.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____

David P. Cora
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: 471623
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3519
Facsimile: (954) 356-7336
E-Mail: David.P.Cora@justice.usdoj.gov

cc: U.S. Customs Service Joseph Fariello



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 16th day of May, 2000

to: Martin Bidwell, AFPD, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

David P. Cora
ASSISTANT UNITED STATES ATTORNEY