**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6060-CR-FERGUSON/SNOW**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JULIO CASTRO GARCIA** | ) |
| | ) |
| _____ | ) |



**NOTICE OF REASSIGNMENT**

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Kathleen Rice.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, FL  33394
TEL: (954) 356-7255, ext. 3512
FAX: (954) 356-7336



**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this \_\_\_\_\_ day of May, 2000, to: Martin J. Bidwill, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida  33301.

                                             KATHLEEN RICE
                                             ASSISTANT UNITED STATES ATTORNEY

cc:  Pretrial Services