**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6060-CR-WDF    DATE: June 2, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _Spanish_

UNITED STATES OF AMERICA    VS.    _Julia Castro Garcia_

U.S. ATTORNEY: _Kathleen Rice_    DEFT. COUNSEL: _Martin Braull_

REASON FOR HEARING: _Change of plea & Sentencing_

RESULT OF HEARING: _Deft sworn and Questioned by_
_the Court. Deft to Enter Guilty plea to_
_Count 1. Gov agrees to Dismiss Counts 2 & 3_
_Court accepts Guilty plea. Counsel request Sentencing_
_today w/o use of pre-sent Report. Court Grants_
_request & proceeds to Sentencing._

JUDGMENT: _Sentence Imposed: 95 days BOP with_
_Credit for time Served, 2 years Sup. Rel. No Fine_

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _$100 Assessment_
_written plea Agreement filed._
_Deft Informed of Right to Appeal._