

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6060-CR-ZLOCH(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OLLIE WALLACE,

    Defendant.

_____/

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through the undersigned Assistant United States Attorney, requests the Court to include in its voir dire the attached questions. The government also requests that leave be granted to tender such supplemental questions as the situation may demand.

1. **JUROR BACKGROUND - GENERAL**

    a.    Please state your full name and residence address.

    b.    What kind of work do you do? If retired, please describe your work prior to retirement.

    c.     What is your educational background? (grade school; high school; college, etc.)

    d.     Are you married? If so, is your spouse employed outside the home?

    e.     Do you have children? If so, please tell us something about them -- i.e., names, ages, school, employment, etc.

    f.     Have you served in the military? If so, please briefly describe such service.

    g.     Have you ever served on a jury before? If so, please state the type of case, whether the trial was in State or Federal court, and whether a verdict was reached in the case. Was the case civil or criminal?

    h.     Do you have any physical or emotional difficulties which you feel would interfere with your ability to serve as a juror in this case?

    i.     Do any of you have any language problems which would impair your ability to understand the evidence in this trial?

2.     **EXPERIENCES WITH LAW ENFORCEMENT/GOVERNMENT**

    a.     This case has been investigated, in part, by the Bureau of Alcohol Tobacco and Firearms. To the best of your knowledge, have you, or any member of your family, or any of your close friends, had any experience with this agency of the United States government. Please describe any of these experiences, and your feelings about them.

    b.     Have you now, or do you expect to have, a case against or a claim against or a dispute with the United States Government? If so, is there anything about that matter that you found upsetting or troubling in any way?

    c.    Have you or any of your relatives or friends had any unpleasant experience with a government agency that may cause you to be prejudiced against the government?

    d.    Do you know of any reasons why you would be biased or prejudiced for or against the government in this case?

    e.    This case may include witnesses from the Broward County Sheriff's Office (BSO). Have you, or any member of your family, or any of your close friends, had any experience with these agencies? Please describe any of these experiences, and your feelings about them.

    f.    Have you or any close friends or relatives ever been arrested or charged with a criminal offense? If so, what were the circumstances?

        (If any potential juror answers the first question in the affirmative, the government respectfully requests that the Court question the potential juror regarding the circumstances, in private, at the bench, so as to avoid embarrassment to the potential juror.)

3.    **BIAS - GENERAL**

    a.    The law requires that you base your verdict on the facts as you find them to be from the evidence. The law does not permit you to consider any emotion such as sympathy, prejudice, vengeance, fear, or hostility. Is there anybody here who feels that he or she cannot put these emotions out of his or her mind when deliberating on a verdict?

3

    b.    Some people have religious, moral or other personal beliefs which may prevent them from voting as jurors. Do any of you have any religious, moral or other beliefs which may prevent you from passing judgment on another person?

    c.    The government is required to prove its case beyond a reasonable doubt. How many of you feel as though before you could return a verdict of guilty you would have to be convinced beyond all doubt? Is there anyone who does not understand the difference between the two principles?

    c.    Do any of you believe in the decriminalization of any narcotic substance?

    d.    Does anyone believe that only certain age groups are involved in drugs?

    e.    Does anyone not know what "crack" cocaine is?

    f.    If so, what have you heard and would that effect your ability to serve as a juror in a case which involves crack cocaine?

    g.    Is there anything in your background that would make it difficult for you to serve as a juror on a case involving narcotics, specifically crack cocaine?

**4.**    **VICTIM OF A CRIME**

    a.    Have you, a close family member, or close friend or associate ever been a victim of a crime? Have any of you ever been the victim of a crime involving a firearm? Please describe your experience with law enforcement officials and the judicial system.

    b.    Are you generally satisfied or dissatisfied with the way you were treated by law enforcement officials and the judicial system?

5. **<u>FIREARMS</u>**

   a.  Do any of you own firearms? What kind? For what purpose?

   b.  Do any of you have particularly strong feelings about firearms or the laws that regulate or fail to regulate the use and possession of firearms? How do you feel about a law that bans the possession of a firearm by a convicted felon? Would this influence your deliberations in this case?

   h.  Do any of you believe that there is an absolute right to own a firearms and that the government should not be able to restrict that right in any way?

                    Respectfully Submitted,
                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

               BY: _____
                    DANA O. WASHINGTON
                    ASSISTANT UNITED STATES ATTORNEY
                    COURT # A5500418
                    500 East Broward Blvd., Suite 700
                    Fort Lauderdale, FL 33394
                    Phone: (954) 356-7255
                    Fax: (954) 356-7336
                    E-mail: dana.washington@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 19th day of February, 2002, to:

Ana M. Jhones, Esquire
Bayside Plaza, Suite 625
330 Biscayne Blvd.
Miami, FL 33132

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY